

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| JESSICA SONYA GUERRA, | § | No. 08-22-00183-CR |
| Appellant, | § | Appeal from the |
| v. | § | 346th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20210D02664) |
| | § | |

**O R D E R**

The Court GRANTS Mary Ann Marin's request for an extension of time within which to file the Reporter's Record until **February 6, 2023.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Mary Ann Marin, Official Court Reporter for the 346th District Court for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before February 6, 2023.

IT IS SO ORDERED this 18th day of January, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox and Soto, JJ.